IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HENRY THOMAS, JR.,

    Plaintiff,                    No. CIV S-08-3159 GGH P

    vs.

SACRAMENTO POLICE
DEPARTMENT OFFICER SMITH, et al.,

    Defendants.

_____/     <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 13, 2009, the court issued an order addressing the original complaint. The court dismissed with thirty days leave to amend plaintiff's claims that defendants Smith and Butler violated his rights when they unlawfully arrested him. The court found that plaintiff's allegations that defendants used excessive when they put him in the back of the police car stated a colorable claim for relief.

        Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of the excessive force claim and separately has ordered dismissal of the unlawful arrest claim.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Smith and Butler.

2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed September 24, 2008.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 3 above; and

   d. Three copies of the endorsed complaint filed September 24, 2008.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 11, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

thom3159.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HENRY THOMAS, JR.,

    Plaintiff,                    No. CIV S-08-3159 GGH P

SACRAMENTO POLICE
DEPARTMENT OFFICER SMITH, et al.,

                                   NOTICE OF SUBMISSION

    Defendants.                  OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the _____

                    Complaint/Amended Complaint

DATED:

                                           _____
                                           Plaintiff