IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HENRY THOMAS, JR.,

    Plaintiff,                   No. CIV S-08-3159 GGH P

    vs.

SACRAMENTO POLICE
DEPARTMENT OFFICER SMITH, et al.,   <u>ORDER</u>[1]

    Defendants.

                                      /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 13, 2009, the court issued an order addressing the original complaint. The court dismissed with thirty days leave to amend plaintiff's claims that defendants Smith and Butler violated his rights when they unlawfully arrested him. The court found that plaintiff's allegations that defendants used excessive when they put him in the back of the police car stated a colorable claim for relief.

          Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court separately orders service of the excessive force claim. For the reasons stated in the

---

[1] Plaintiff has consented to the jurisdiction of the undersigned and no defendant has appeared. Therefore, the undersigned acts by order herein.

1

January 13, 2009, order, the court now orders dismissal of the unlawful arrest claim.

IT IS HEREBY ORDERED that the unlawful arrest claims contained in the original complaint are dismissed.

DATED: March 11, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

thom3159.56