IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HENRY THOMAS, JR.,

    Plaintiff,                    No. CIV S-08-3159 GGH P

    vs.

OFFICER SMITH, et al.,

    Defendants.                ORDER

_____/

    By an order filed March 11, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

    IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

DATED: June 2, 2009

                                              /s/ Gregory G. Hollows
                                              UNITED STATES MAGISTRATE JUDGE

GGH:035
thom3159.fusm